IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA S. WARD                                                                                    PETITIONER
ADC #152396

v.                               CASE NO. 5:12CV00223 BSM

RAY HOBBS, Director,                                                                             RESPONDENT
Arkansas Department of Correction

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT this petition for a writ of habeas corpus under 28 U.S.C.§ 2254 [Doc. No. 3] is denied and this case is dismissed with prejudice. It is further ordered that a certificate of appealability is denied pursuant to Rule 11(a) if the rules governing section 2254 cases in the United States District Courts.

DATED this 19th day of April 2013.

_____
UNITED STATES DISTRICT JUDGE